**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 26-27** |
| | : | |
| | : | |
| **GRISELLE LACOSTA-FRANCO** | : | |

**ENTRY AND WITHDRAWAL OF APPEARANCE**

I hereby enter my appearance on behalf of the defendant in the above-captioned matter.

Please remove Zachary Parrish, Assistant Federal Defender as counsel of record.

Respectfully submitted,

*/s/ Jeremy Isard*
JEREMY ISARD
Assistant Federal Defender

Withdrawing Attorney:

*/s/ Zachary Parrish*
ZACHARY PARRISH
Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

I, Jeremy Isard, Assistant Federal Defender, Trial Unit, Federal Community Defender Office for the Eastern District of Pennsylvania, Federal Court Division Defender Association of Philadelphia, hereby certify that I have electronically filed and served a copy of the attached Entry and Withdrawal of Appearance via Electronic Case Filing upon Ashley Nicole Martin, Assistant United States Attorney, Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania, 19106.

/s/ Elizabeth L. Toplin
ELIZABETH L. TOPLIN
Assistant Federal Defender

DATE:          January 27, 2026