## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 2:26-CR-27 |
| | : | |
| GRISELLE LACOSTA-FRANCO | : | |

## ORDER

AND NOW, this 2nd day of April 2026, upon consideration of Defendant's Motion to Suppress (Dkt. 18), the Government's Sealed Response in Opposition (Dkt. 22), and argument presented at the March 11, 2026, suppression hearing, it is hereby ORDERED that Defendant's Motion is GRANTED. The evidence obtained from the Government's search of Defendant's cellphone pursuant to the February 4, 2026, search warrant is SUPPRESSED, as is all derivative evidence flowing therefrom.

The Court will confer with the parties regarding how this case is to proceed at the status conference scheduled **April 9, 2026,** at **9:30 A.M.** in **Courtroom 17A** of the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106. The parties should be prepared to address all aspects of the evidentiary landscape moving forward.

BY THE COURT:

_____
GAIL A. WEILHEIMER, J.