# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

    **v.** : **No. 26-027**

**GRISELLE LaCOSTA-FRANCO** :

### NOTICE OF APPEAL

The United States of America hereby appeals from the order of this Court entered on April 2, 2026 (ECF 42), which suppressed the evidence obtained from the government's search of the defendant's cell phone pursuant to a warrant issued on February 4, 2026, as well as all derivative evidence.

The United States Attorney certifies that this appeal is not taken for purpose of delay and that the evidence is substantial proof of a fact material in the proceeding pending in the district court.

Respectfully yours,


*/s David Metcalf*
DAVID METCALF
United States Attorney


*/s Robert A. Zauzmer*
ROBERT A. ZAUZMER
Assistant United States Attorney
Chief of Appeals


*/s Ashley N. Martin*
ASHLEY N. MARTIN
NICHOLAS A. DiMARCO
Assistant United States Attorneys

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this pleading has been served on the Filing User

identified below through the Electronic Case Filing (ECF) system:

Jeremy Isard, Esq.
Assistant Federal Defender

*/s Ashley N. Martin*
ASHLEY N. MARTIN
Assistant United States Attorney

DATED:  April 28, 2026.